# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### NO.  3:13CR64

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| PATRICIA TERWILLIGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to the Mandatory Victim Restitution Act and for the reasons set forth in the Government's Response to the Defendant's Pro Se Letter Requesting Stay of Restitution (Doc. No. 24), the Defendant's pro se request to stay her restitution payments (Doc. No. 23) is DENIED.

Signed: July 9, 2015

Frank D. Whitney
Chief United States District Judge