IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:13CR64 |
| | ) | (Financial Litigation Unit) |
| | ) | |
| PATRICIA TERWILLIGER, | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| ALAMANCE COUNTY, | ) | |
| Garnishee. | ) | |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Alamance County as Garnishee. Judgment in the criminal case was filed on May 8, 2014 (Doc. No. 20). As part of that Judgment, Defendant was ordered to pay an assessment of $100.00 and restitution in the amount of $366,154.75 to the victims of the crime. *Id*.

On August 19, 2021, the Court entered a Writ of Continuing Garnishment (Doc. No. 30) as to Garnishee Alamance County. Defendant was served with the Writ and instructions notifying her of her right to request a hearing on August 21, 2021. The Garnishee was served with the Writ on August 23, 2021. Defendant filed a *pro se* request for hearing on August 27, 2021 (Doc. No. 33). The Garnishee filed an Answer on August 31, 2021 (Doc. No. 34) stating that at the time of service of the Writ, Garnishee had in its custody, control or possession property or funds owned by Defendant, including non-exempt disposable earnings. The United States filed a response to Defendant's request for hearing on September 13, 2021 (Doc. No. 35). The Court denied Defendant's request for hearing on September 14, 2021 (Doc. No. 36).

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $362,688.75 computed through August 19, 2021. The Garnishee will pay the United States up to the lesser of (1) twenty-five percent of the Defendant's disposable earnings which remain after all deductions required by law have been withheld, or (2) the amount by which the Defendant's disposable earnings for each week exceed thirty times the federal minimum wage. *See* 15 U.S.C. § 1673(a). The Garnishee will continue payments until the debt to Plaintiff is paid in full, or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:13CR64.

IT IS FURTHER ORDERED that the Garnishee will advise this Court if Defendant's employment is terminated at any time by the Garnishee or the Defendant.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: September 28, 2021

David S. Cayer
United States Magistrate Judge