IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:13CR64 |
| | ) | (Financial Litigation Unit) |
| PATRICIA TERWILLIGER, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TOWN OF CHAPEL HILL, | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against the Defendant as to the Garnishee is DISMISSED.

**SO ORDERED**.

Signed: August 4, 2022

_____
David S. Cayer
United States Magistrate Judge