IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cr-00064-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PATRICIA TERWILLIGER, | ) **ORDER** |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| CITY OF BURLINGTON, | ) |
| Garnishee. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's motion for dismissal of the Writ of Continuing Garnishment (Doc. No. 59), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the Writ of Continuing Garnishment (Doc. No. 56) is **DISMISSED**.

**SO ORDERED**.

Signed: June 6, 2024

Susan C. Rodriguez
United States Magistrate Judge